IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

TAWANNA SHAKETIA WILSON,    *

              Plaintiff,    *

v.          Case No.  3:25-cv-00026-TES

                    *

OGLETHORPE SUPERIOR COURT
ANTONIO WILSON    *

           Defendants.    *

_____

## J U D G M E N T

Pursuant to this Court's Order dated March 27, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 27th day of March, 2025.


David W. Bunt, Clerk


s/ Angelica E. Niccolai, Deputy Clerk